## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL STEWART, as next of friend of ECJ, a minor, § § § | |
| Plaintiff, § § | |
| vs. § § | NO. CIV- 18-cv-00331-GKF-FHM |
| GMRI, Inc. d/b/a CHEDDARS SCRATCH KITCHEN § § § § | |
| Defendant. § § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Crystal Stewart and Defendant GMRI, Inc. d/b/a Cheddars Scratch Kitchen file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Defendant hereby stipulate that this action shall be dismissed as to all claims asserted by Plaintiff in the above-captioned lawsuit, with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated:   November 14, 2018.          Respectfully submitted,

| | |
|---|---|
| */s/ Rex W. Thompson* | */s/ Jonathan G. Rector* |
| Rex W. Thompson | Steven L. Rahhal |
| OBA No. 13122 | OBA No. 12445 |
| Donald M. Bingham | Jonathan G. Rector |
| OBA No. 794 | OBA No. 30691 |
| Melvin C. Hall | |
| OBA No. 3728 | LITTLER MENDELSON, P.C. |
| | A Professional Corporation |
| RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS | 2001 Ross Avenue |
| | Suite 1500, Lock Box 116 |
| 502 West 6th Street | Dallas, TX  75201.2931 |
| Tulsa, OK 74119 | 214.880.8100 |
| 918.587.3161 | 214.880.0181 (Fax) |
| 918.587.9708  (Fax) | |
| | ATTORNEYS FOR DEFENDANT, |
| ATTORNEYS FOR PLAINTIFF | GMRI, INC. d/b/a CHEDDARS SCRATCH KITCHEN |

FIRMWIDE:159499401.1 069299.1169

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE -  PAGE 2**